MICHAEL BAILEY
United States Attorney
District of Arizona

MONICA B. KLAPPER
Assistant United States Attorney
Arizona State Bar No. 013755
Monica.Klapper@usdoj.gov

GARY M. RESTAINO
Assistant United States Attorney
Arizona State Bar No. 017450
Gary.Restaino@usdoj.gov

Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004-4408
Telephone: (602) 514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br> vs.<br><br>Ira J. Gaines,<br><br>Sue L. McCluskey, and<br><br>David M. Rees.<br><br>  Defendants. | 20-5304MJ<br><br>**UNITED STATES' NOTICE OF AUTOMATIC EXTENSION OF SPEEDY TRIAL ACT TIME LIMIT**<br><br>**(Second Notice)** |

On December 15, 2020, a complaint was lodged charging Defendants with conspiracy and fraud-related offenses.[1] On or about December 17, 2020, Defendant Gaines was arrested, and Defendants McCluskey and Reese were each served a summons. Although 18 U.S.C. § 3161(b) requires an indictment to issue within 30 days from a defendant's arrest or the service of a summons, District of Arizona General Order 20-40 suspended all grand jury proceedings scheduled to take place after the week of November 23, 2020, until further order of the Court.  General Order 20-40 was issued to address the

---

[1] Eric Miller was also charged in the complaint. He subsequently pleaded guilty, was terminated from this MJ case, and is now in CR 21-00095-PHX-SPL.

same public health concerns related to COVID-19 described in prior and subsequent general orders. A grand jury was last in session in the District of Arizona on November 25, 2020.[2]

The Speedy Trial Act automatically provides for an additional 30 days to seek an indictment "when no grand jury has been in session during [the] thirty-day period" following a defendant's arrest or summons. 18 U.S.C. § 3161(b). No government motion is required. *See United States v. Mann*, 701 F.3d 274, 284–85 (8th Cir. 2012) ("The plain language of section 3161(b) is unambiguous: where a grand-jury is not in session during the thirty-day period, 'the period of time for filing of the indictment shall be extended an additional thirty days.' 18 U.S.C. § 3161(b). Pursuant to the language of the statute, the extension of time is automatic; no Government motion is required.")

Because no grand jury was in session in the District of Arizona during the 30 days immediately following the December 17, 2020, arrest or summons of Defendants, the United States provided notice on January 19, 2021, that the indictment deadline would be automatically extended for 30 days from its original deadline, or until February 18, 2021. Because no grand jury has been in session since that time, the United States now provides its second notice that the indictment deadline is again automatically extended for an additional 30 days, or until March 22, 2021.

Respectfully submitted this 18th day of February, 2021.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/Monica B. Klapper*
MONICA B. KLAPPER
GARY M. RESTAINO
Assistant United States Attorneys

---

[2] The grand jury is scheduled to resume on March 23, 2021.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of February, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to all CM/ECF registrants listed as counsel of record.

*s/ Joy Faraj*
U.S. Attorney's Office